

William D. Irvine Jr.
wirvine@dtolaw.com

January 23, 2026

Application granted. The initial pre-trial conference is adjourned until April 16, 2026 at 11:00 a.m. The parties shall file their joint status letter and proposed case management plan no later than April 9, 2026

VIA ECF

SO ORDERED.

Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 506
New York, NY 10007

Hon. Ronnie Abrams
January 26, 2026

Re:    *Barrales et al. v. Conopco, Inc.*, 1:25-cv-10390-RA

Dear Judge Abrams:

DTO Law represents Defendant Conopco, Inc. in the above-captioned matter. We write to request an extension of time in which to respond to Plaintiffs' Complaint and an adjournment of the initial case management conference. Plaintiffs consent to both requests.

Request for extension of time to respond to Plaintiffs' complaint

Defendant's current deadline to respond to Plaintiffs' Complaint is February 5, 2026. On January 7, 2026, before Defendant retained undersigned counsel, counsel for Plaintiffs filed a letter-motion requesting on Defendant's behalf an extension of the deadline to respond to Plaintiffs' Complaint (Dkt. 9). The letter-motion was granted on January 9, 2026 (Dkt. 10). This is Defendant's second request for an extension of the responsive pleading deadline.

Defendant intends to file a motion to dismiss. Counsel for Defendant met with counsel for Plaintiffs on January 22, 2026, to establish a briefing schedule. Plaintiffs consent to an extension of Defendant's deadline to file the motion to dismiss and to the proposed briefing schedule. Accordingly, Defendant requests the Court extend the time in which to respond to the complaint to February 19, 2026, and adopt the following briefing schedule:

**February 19, 2026:** Deadline for Defendant to file a motion to dismiss Plaintiffs' Complaint.

**March 19, 2026:** Deadline for Plaintiffs to file an opposition to Defendant's motion to dismiss or, in the alternative, to file an amended complaint.

1022324

**Barrales et al. v. Conopco, Inc.**
January 23, 2026
Page 2

**April 2, 2026:** Deadline for Defendant to file a reply in support of the motion to dismiss or, in the alternative, to respond to any amended complaint.

Request to adjourn initial case management conference

The Court has ordered the parties to submit a joint status letter and proposed case management plan by February 4, 2026, and appear for an initial case management conference on February 11, 2026 (Dkt. 7). Defendant requests the Court adjourn the initial case management conference to April 16, 2026, and extend the deadline for the parties' joint letter and proposed case management plan to April 9, 2026 (one week prior to the new conference date). This is the first request for adjournment of the initial conference. Plaintiffs consent to the adjournment request and the extension of the deadline to file the joint status letter and proposed case management plan.

Adjournment until April 16, 2026, after the parties have submitted briefing on Defendant's motion to dismiss (or Plaintiffs have amended their Complaint), would be an efficient use of the Court's resources. A later date will allow the parties additional time to meaningfully evaluate issues affecting the efficient management of this case.

Sincerely,

William D. Irvine Jr.
Attorneys for Defendant Conopco, Inc.

1022324