

William D. Irvine Jr.
wirvine@dtolaw.com

March 26, 2026


<u>Via ECF</u>

Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 506
New York, NY 10007

Re:     *Barrales et al. v. Conopco, Inc.*, 1:25-cv-10390-RA

Dear Judge Abrams:

DTO Law represents Defendant Conopco, Inc. in the above-captioned matter. We write to request a short extension of time in which to respond to Plaintiffs' First Amended Complaint, the establishment of a briefing schedule for Defendant's motion to dismiss the First Amended Complaint, and a second adjournment of the initial case management conference to accommodate that briefing schedule. Plaintiffs consent to these requests.

<u>Request for extension of time to respond to Plaintiffs' First Amended Complaint</u>

On January 23, 2026, Defendant filed a consent letter-motion requesting: (a) an extension of time to respond to Plaintiffs' Complaint; (b) the establishment of a briefing schedule for Defendant's motion to dismiss Plaintiffs' Complaint; and (c) an adjournment of the February 11, 2026 initial case management conference until after the motion was fully briefed (Dkt. No. 13).  The Court granted the letter-motion on January 26, 2026 (Dkt. No. 16).

Pursuant to the briefing schedule, on February 19, 2026, Defendant filed its Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 18).  In lieu of filing an opposition to Defendant's Motion, on March 19, 2026, Plaintiffs filed the First Amended Complaint (Dkt. No. 25).  Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant's deadline to respond to the First Amended Complaint is currently April 2, 2026.

Defendant intends to file a renewed motion to dismiss the First Amended Complaint. Counsel for Defendant conferred with counsel for Plaintiffs via email on March 25-26, 2026, to establish a briefing schedule. Plaintiffs consent to an extension of Defendant's deadline to file the motion to dismiss and to the proposed

1029883

Barrales et al. v. Conopco, Inc.
March 26, 2026
Page 2

briefing schedule below. Accordingly, Defendant requests the Court extend the time in which to respond to the First Amended Complaint to April 14, 2026, and adopt the following briefing schedule:

**April 14, 2026:** Deadline for Defendant to file a motion to dismiss Plaintiffs' First Amended Complaint.

**May 5, 2026:** Deadline for Plaintiffs to file an opposition to Defendant's motion to dismiss.

**May 18, 2026:** Deadline for Defendant to file a reply in support of the motion to dismiss.

This is Defendant's first request for an extension of time to respond to Plaintiff's First Amended Complaint.

Request to adjourn initial case management conference

The Court has ordered the parties to submit a joint status letter and proposed case management plan by April 9, 2026, and appear for an initial case management conference on April 16, 2026 (Dkt. 16). Defendant requests the Court adjourn the initial case management conference to May 20, 2026, and extend the deadline for the parties' joint letter and proposed case management plan to May 13, 2026 (one week prior to the new conference date). This is the second request for adjournment of the initial case management conference. Plaintiffs consent to the adjournment request and the extension of the deadline to file the joint status letter and proposed case management plan.

Adjournment until May 20, 2026, after the parties have submitted briefing on Defendant's motion to dismiss, would be an efficient use of the Court's resources. A later date will allow the parties additional time to meaningfully evaluate issues affecting the efficient management of this case.

Sincerely,

William D. Irvine Jr.
Attorneys for Defendant Conopco, Inc.

1029883

Application granted.  The initial pre-trial conference is adjourned until May 22, 2026 at 2:00 p.m. The parties shall file their joint letter and proposed case management plan no later than May 15, 2026.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 27, 2026