UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINAMARIE BARRALES and LATONYA
WRIGHT, on behalf of themselves and all
others similarly situated,

                    Plaintiffs,

            v.

CONOPCO, INC. d/b/a UNILEVER,

                    Defendant.

25-CV-10390 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        In light of the amended complaint, Dkt. 25, and the motion to dismiss the amended complaint, Dkt.

31, Defendant's original motion to dismiss filed at Dkt.18 is hereby denied as moot.  The Clerk of Court is

respectfully directed to terminate motions at Dkts. 18 and 21.

SO ORDERED.

Dated:      May 14, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge