USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRALES, et al.,

Plaintiffs,

-against-

CONOPCO, INC.,

Defendant.

**ORDER**

**1:25-CV-10390 (RA)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of the Parties' request regarding the deferment of the entry of the full case management schedule. The Parties' request is denied without prejudice, and the Court will discuss the discovery schedule at the upcoming conference scheduled for September 17, 2026.

SO ORDERED.

Dated: July 16, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge