JANOVE PLLC

Raphael Janove
Shareholder
raphael@janove.law

www.janove.law
T 646-347-3940
115 Broadway, 5th Fl.
New York, NY 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/19/2026

**APPLICATION GRANTED:** **The Case Management Conference scheduled for Thursday, September 17 at 2:00 PM in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, October 13, 2026, at 12:00 p.m.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

**08/19/2026**

August 19, 2026

**VIA ECF**

Magistrate Judge Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***Barrales et al v. Conopco, Inc.*, 1:25-cv-10390-RA-KHP**

Dear Judge Parker:

Pursuant to Rule I.c of Your Honor's Individual Practices in Civil Cases, I write on behalf of Plaintiffs to respectfully request an adjournment of the case management conference currently scheduled for September 17, 2026, at 2:00 PM. On this date, I will be travelling internationally on a pre-planned vacation for my wife's birthday. I return on September 24, 2026, and am available at the convenience of the Court for a case manage conference thereafter.

Defendant does not oppose the relief sought by this motion, though Defendant's counsel is unavailable on October 2, 2026 and October 16, 2026.

This is the second request for adjournment of the case management conference.

Sincerely,

*/s/ Raphael Janove*
Raphael Janove

*Attorney for Plaintiffs and the Proposed Classes*

CC: All counsel of record (via CM/ECF)